■ In the Matter of the Estate of GERALDINE G. BELLINGER, Deceased. BERTRAM B. PARKER et al., Respondents; J. RUSSELL ROGERSON, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.